## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Fue Kong, an individual,                          Civil No. 08-5149 (DWF/JJG)

           Plaintiff,

v.                                                          **ORDER**

Club Rage, Inc., d/b/a The Myth Night
Club; O Productions, Inc., and O Productions,
LLC, as affiliated entities of Club Rage, Inc.;
The County of Ramsey, a Minnesota municipal
entity; and Officers Jane Doe and Deputy Richard
Roe, unknown and unnamed Peace officers,
personally, and in their official capacities,

           Defendants.

_____

Albert T. Goins, Sr., Esq., Goins Law Office, Ltd.; and F. Clayton Tyler, Esq., F. Clayton Tyler, PA, counsel for Plaintiff Fue Kong.

Anne Greenwood Brown, Esq., Sjoberg & Tebelius, P.A., counsel for Defendant Club Rage, Inc., O Productions, Inc., and O Productions, LLC.

Thomas E. Ring, Assistant Ramsey County Attorney, Ramsey County Attorney's Office, counsel for Defendant County of Ramsey.

_____

      The parties filed stipulations for dismissal with prejudice. (Doc. Nos. [34] and [36].) Consistent with those stipulations and based on the terms contained therein, **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 20, 2010              s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge